# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIPPENSBURG URBAN DEVELOPERS** | : : : | |
| **v.** | : : | **CIVIL ACTION NO. 19-4775** |
| **UNITED STATES OF AMERICA** | : | |

## ORDER

This 30th day of December 2020, for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's Motion to Amend the Complaint (ECF 13) is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge