IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIPPENSBURG URBAN DEVELOPERS** | : : : | |
| v. | : : | **CIVIL ACTION NO. 19-4775** |
| **UNITED STATES OF AMERICA** | : | |

| | | |
|---|---|---|
| **TRINITY HOUSING, INC.** | : : | |
| v. | : : | **CIVIL ACTION NO. 19-4976** |
| **UNITED STATES OF AMERICA** | : | |

**ORDER**

This 30th day of June, 2022, it is hereby **ORDERED** that the Government Defendant's Motions to Compel against Shippensburg Urban Developers in Civ. No. 19-4775, ECFs 33 & 34, and against Trinity Housing Inc. in Civ. No. 19-4976, ECFs 30 & 31, are **GRANTED**.

It is further **ORDERED** that Plaintiffs Shippensburg Urban Developers and Trinity Housing, Inc. should provide, **within twenty-one (21) days** of this order, complete responses to the United States' First Sets of Interrogatories and Requests for Production:

(A) without objecting that the relevant time period is August 10, 2015;

(B) with identification of what information and documents are in question, whether they are in its possession or control, and its efforts to obtain such documents from others within their control; and,

(C) without unjustified vagueness objections.

It is further **ORDERED** Plaintiffs Shippensburg Urban Developers and Trinity Housing Inc. shall respond to the Government's Second and Third Sets of Interrogatories and Requests for Production **by July 15, 2022**, subject to the same instructions as above.

        /s/ Gerald Austin McHugh
        United States District Judge