IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIPPENSBURG URBAN DEVELOPERS** | : : : | |
| v. | : : | **CIVIL ACTION NO. 19-4775** |
| **UNITED STATES OF AMERICA** | : | |

| | | |
|---|---|---|
| **TRINITY HOUSING, INC.** | : : : | |
| v. | : : | **CIVIL ACTION NO. 19-4976** |
| **UNITED STATES OF AMERICA** | : | |

## **ORDER**

This 18th day of July, 2022, it is hereby **ORDERED** that the United States' motions to compel testimony, No. 19-4976, ECF 37; No. 19-4775, ECF 40, are **GRANTED**.

Plaintiffs Shippensburg Urban Developers ("SUD") and Trinity Housing, Inc. ("Trinity"), along with third parties Debbie Beam, Tiffany Beam, and Trevor are **ORDERED**, within ten (10) days of this order, to provide opposing counsel with at least five separate dates, prior to August 31, 2022, on which each can be made available for depositions.

Plaintiffs SUD and Trinity, along with third parties Debbie Beam, Tiffany Beam, and Trevor Beam are further **ORDERED** to appear and testify at said depositions.

Plaintiffs and third-party deponents are specifically cautioned that failure to schedule or attend these depositions may result in the imposition of sanctions including fines or the dismissal of the case.

/s/ Gerald Austin McHugh
United States District Judge